

# County of San Diego

**THOMAS E. MONTGOMERY**
COUNTY COUNSEL

OFFICE OF COUNTY COUNSEL
1600 PACIFIC HIGHWAY, ROOM 355, SAN DIEGO, CA 92101
(619) 531-4860   Fax (619) 531-6005

Direct Dial: (619) 531-4847
E-Mail: thomas.montgomery@sdcounty.ca.gov

September 26, 2018

*Via CM/ECF Filing*

Ms. Molly C. Dwyer, Clerk of the Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA  94119-3939

Re:   *United States of America v. State of California, et al.*, No. 18-16496:
       County of San Diego's Joinder Letter in Lieu of Amicus Brief

To Honorable Chief Judge and Circuit Judges:

   Pursuant to the Ninth Circuit Advisory Committee Note to Ninth Circuit Rule 29-1, the County of San Diego hereby joins in the arguments set forth at sections II and III of the amicus brief filed in the above referenced action by Amici Curiae Municipalities and Elected Officials in support of Federal Appellant in Support of Reversal.  That amicus brief (Docket Entry 30) was filed on September 26, 2018 (Docket Entry 32).

Very truly yours,

THOMAS E. MONTGOMERY
County Counsel

Cc:  All counsel

Submitted by: JOHN P. COOLEY, Senior Deputy County Counsel