**FILED**

JUL 05 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 18-16496 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:18-cv-00490-JAM-KJN |
| v. | U.S. District Court for Eastern California, Sacramento |
| STATE OF CALIFORNIA; et al., | **MANDATE** |
| Defendants - Appellees. | |

The judgment of this Court, entered April 18, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7