**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
SEP 19 2019

FILED
DOCKETED Harris
Clerk of the Court
(202) 479-3011
DATE
INITIAL

September 14, 2019

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re: United States
          v. California, et al.
          Application No. 19A295
          (Your No. 18-16496)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on September 14, 2019, extended the time to and including October 24, 2019.

    This letter has been sent to those designated on the attached notification list.

                                    Sincerely,

                                    **Scott S. Harris**, Clerk

                                    by

                                    Susan Frimpong
                                    Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Noel J. Francisco
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526